# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

—————————————

ALISIA LYN ADAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee

No. 2D2023-0614

—————————————

May 29, 2024

Appeal from the Circuit Court for DeSoto County; Guy Alan Flowers, Judge.

Kristin Rhodus and Megan Powell of Rhodus Law Firm, PLLC, Saint Petersburg (withdrew after briefing), for Appellant.

Alisia Lyn Adams, pro se.

Ashley Moody, Attorney General, Tallahassee, and Kiersten E. Jensen, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

SLEET, C.J., and ATKINSON, and SMITH, JJ., Concur.

—————————————

Opinion subject to revision prior to official publication.